UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-cr-32 |
| vs. | : | Judge Timothy S. Black |
| EDWARD ROBINSON, | : | |
| Defendant. | : | |

## ORDER

This criminal case came before the Court for sentencing on January 10, 2013. During sentencing, Counsel moved to withdraw as the attorney for Defendant. Counsel further represented that Defendant was indigent, as reflected in the presentence investigation report, and requested that the Court appoint Counsel for purposes of appeal. Defense Counsel's motion to withdraw is **GRANTED**. Because Defendant is indigent, the Court **GRANTS** Defendant leave to appeal in forma pauperis and finds that Defendant should be appointed counsel for purposes of appeal.

**IT IS SO ORDERED.**

Date: 2/12/13

Timothy S. Black
United States District Judge